IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 3:09cr96/MCR

**FRANK KNIGHT**

_____

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **FRANK KNIGHT**, pursuant to Title 18, United States Code, Section 2253, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offense set forth in Counts One and Two of said indictment, to wit: that the defendant did unlawfully receive and possess child pornography;

AND WHEREAS, on or about May 26, 2010, defendant, **FRANK KNIGHT,** pled guilty to the violations set forth in the indictment and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

**(A)** **Compaq laptop: Presario C3000, S/N CND6471MNW;**

**(B)** **Western Digital hard drive: S/N WXH108435030; and**

**(C)** **Western Digital hard drive: S/N WCAU46136377.**

3. That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **FRANK KNIGHT** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 26th day of May, 2010.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

FILED IN OPEN COURT THIS
5-26-2010
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.