IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:09cr96/MCR

**FRANK KNIGHT**

---

### FINAL ORDER OF FORFEITURE
### AS TO DEFENDANT FRANK KNIGHT

WHEREAS, on May 26, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Counts One and Two of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

**(A)   Compaq laptop: Presario C3000, S/N CND6471MNW;**

**(B)   Western Digital hard drive: S/N WXH108435030; and**

**(C)   Western Digital hard drive: S/N WCAU46136377.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **FRANK KNIGHT** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

FILED IN OPEN COURT 2010

11-17-2010

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

IT IS HEREBY ORDERED:

That all of defendant **FRANK KNIGHT's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 17TH day of November, 2010.

_M. Casey Rodgers_
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE